UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Calvin B. Brooks
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

HallMark House, PF Holdings,LLC;

Jawana Johnson, HallMark House, PF Holdings,LLC;

Lisa Rawligens, HallMark House, PF Holdings,LLC.,

Et Al.
_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [X] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | CALVIN B. BROOKS   #09136609H |
| --- | --- | --- |
| | Street Address | 18-18 Hazen Street  (AMKC) |
| | County, City | Bronx County, East Elmhurst |
| | State & Zip Code | New York  & 11370 |
| | Telephone Number | N/A |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **PF Holdings, LLC**
Street Address **128 Melville Ave.**
County, City **Lakewood**
State & Zip Code **New Jersey & 08701**

Defendant No. 2
Name **Jawana Johnson, Property Manager**
Street Address **10 Hill Street (Management Office)**
County, City **Essex County, Newark**
State & Zip Code **New Jersey & 07102**

Defendant No. 3
Name **Lisa Rawligens, Leasing Agent**
Street Address **10 Hill Street (Management Office)**
County, City **Essex County, Newark**
State & Zip Code **New Jersey & 07102**

Defendant No. 4
Name *Hallmark House Investment, LLC*
Street Address *10 Hill Street*
County, City *Essex County, Newark*
State & Zip Code *New Jersey & 07102*

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
- [ ] Federal Questions
- [X] Diversity of Citizenship
- [ ] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *N/A*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __State of New York__

Defendant(s) state(s) of citizenship __State of New Jersey__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __HallMark House at the address of 10 Hill Street, Newark, NJ 07102, Both at Management Office and Apt.#7-U__

B. What date and approximate time did the events giving rise to your claim(s) occur? __Morning of January 29th, 2014; and February 18th, 2014, around 4AM in the morning.__

C. Facts: [What happened to you?] On or about January 29th, 2014, Jawana Johnson, Property Manager, and along with Lisa Rawligens, Leasing Agent of the HallMark House located at 10 Hill Street, Newark NJ 07102., inside of the Management Office, gave copies of the plaintiff's personal information to members of the New York City Police Department with no subponena and/or warrant, without the plaintiff permission. These members of the New York City Police Department, who was acting without state jurisdiction, dressed in civilian clothes, no arrest warrant and without being accompanied of Newark Police Dept., and/or without accompanied of federal authority. These copies copies of personal information are: 1. Social Sercurity Number; 2. FICO-Score and/or credit score; 3). Driving Lic. Number; 4). Lic. Plate Number of my Truck; Kids personal information; 6). fathers personal information; 7). Working History and etc.

[Who did what?]

On or about the same morning of January 29th, 2014, memebers of the New York City Police Department, who are Det. Keving Dardzinski, John Doe, and Jane Doe and along with Lisa Rawligens, Leasing Agent of the HallMark House, came up to the appartment 7-U on the 7th floor of the plaintiff's residence located at the address of 10 Hill Street, Newark, New Jersey 07102. Lisa Rawligens, compromised the plaintiffs lock-cylinder to gain entry to the plaintiff residence for the members of the New York City Police Dept., also NYPD, Det. Kevin Dardzinski, John Doe & Jane Doe took off running when the Plaintiff called 911 (Newark Police Department).

[Was anyone else involved?]

On or about the morning of February 18th, 2014, around 4AM, the HallMark Security allowed memebers of New York City Police Dept; New State Police; & US Marshal Service, walked pass the Security Desk without an warrant and let them come up to the plaintiff's appartment.    ** (See Attachments)***

[Who else saw what happened?]

These members of the Law Enforcements bust through of the plaintiff's appartment and took him out of his appartment, which deprived of his freedom thats cause by the Property Management of the HallMark House. While other members started to search the plaintiff appartment without a search warrant.

********* 1st Attachments**********

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. 1.) Invasion of Privacy; 2). Loss of Personal Property; & 3). Emotional Distress

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1). Compensation: $7,000,000.   (Seven-Million Dollars)

2). Damages:   $49,000,000   (Fourty Million Dollars)

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of JUNE , 20 16 .

Signature of Plaintiff _____
Mailing Address  CALVIN B. BROOKS # 09136609H
AMKC  ,  18-18 Hazen Street
East Elmhurst, NY 11370
Telephone Number  N/A
Fax Number *(if you have one)*  N/A
E-mail Address  N/A

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff _____

Calvin B. Brooks # 0913660944
AMKC
18-18 Hazen Street
East Elmhurst, New York 11370
NYSID No.: 0913660944

@7upper

Legal Mail

Att No Clerk of the Court
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

X-RAYED

Legal Mail